UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: §
§
Kassie S Smith § Case No. 22-80058
§
Debtor §

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that TAZEWELL T. SHEPARD, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
400 Wells Street, Federal Building, Cain Street entrance
Decatur, Alabama 35601

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the Bankruptcy Administrator. A hearing on the fee applications and any objection to the Final Report will be held October 5, 2022 at 1:30 p.m.

United States Bankruptcy Court
400 Well Street, Federal Building, Cain Street entrance
Decatur, Alabama 35601

The hearing will be held in person with the opportunity for telephonic attendance. The call-in number is 1-877-336-1280, access code 2749965#. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in five minutes prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold. Participates are encouraged to call from a landline if possible.

THIS HEARING WILL TAKE PLACE IN PERSON WITH THE OPTION TO ATTEND BY TELPHONE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).

USBA Form 1017-NFR (01/2019) Page: 1
Case 22-80058-CRJ7    Doc 27    Filed 09/19/22    Entered 09/19/22 23:05:22    Desc Main
Document      Page 1 of 5

Date Mailed: 09/19/2022                    By: TAZEWELL T. SHEPARD, TRUSTEE
                                                              TRUSTEE

*TAZEWELL T. SHEPARD, TRUSTEE*
*303 Williams Avenue*
*Suite 1411*
*Huntsville, AL 35801*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: §
§
Kassie S Smith § Case No. 22-80058
§
Debtor §

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,476.62 |
| and approved disbursements of | $ | 5.08 |
| leaving a balance on hand of[1] | $ | 4,471.54 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Tazewell Shepard | $ 1,119.16 | $ 0.00 | $ 1,119.16 |
| Trustee Expenses: Tazewell Shepard | $ 48.80 | $ 0.00 | $ 48.80 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,167.96 |
| Remaining Balance | $ 3,303.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

USBA Form 101-7-NFR (10/1/2010) (Page: 3)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,382.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Directv, Llc | $ 463.84 | $ 0.00 | $ 240.09 |
| 2 | Merchants Adjustment Service | $ 1,106.00 | $ 0.00 | $ 572.49 |
| 3 | US Department Of Education | $ 4,812.39 | $ 0.00 | $ 2,491.00 |

Total to be paid to timely general unsecured creditors     $ 3,303.58

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: TAZEWELL T. SHEPARD, TRUSTEE
TRUSTEE

*TAZEWELL T. SHEPARD, TRUSTEE*
*303 Williams Avenue*
*Suite 1411*
*Huntsville, AL 35801*